**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Gerald Lee W.,

Plaintiff(s),

v.

Social Security Administration,

Defendant(s).

Case No. 2:26-cv-02820-NJK

**Order**

Plaintiff brings this case against the Social Security Administration regarding the denial of his social security benefits while incarcerated. *See* Docket No. 1-1 at 8; *see also* Docket No. 1-2 (civil cover sheet with description of cause of action as "Denial of SSI Claims").[1] A party seeking judicial review of any final decision by the Commissioner of Social Security must file suit "in the district court of the United States for the judicial district in which the plaintiff resides, or has his principal place of business, or, if he does not reside or have his principal place of business within any such judicial district, in the United States District Court for the District of Columbia." 42 U.S.C. § 405(g). In this case, Plaintiff has provided a mailing address in southern California and likewise alleges that the lawsuit arose in Orange County. *See* Docket No. 1-1 at 1, 2. Plaintiff also checked a box, however, that he lives in this District. *Id.* at 2. Plaintiff is ordered to file a notice stating clearly where he resides. The notice must be filed by October 5, 2026. **Failure to comply with this order may result in transfer or dismissal of this case.**

IT IS SO ORDERED.

Dated: September 14, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The allegations in the complaint are sparse and unclear, but the Court construes Plaintiff's claims liberally. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).